UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDWARD J. BOURGEOIS** | CIVIL ACTION |
| versus | NO. 09-3185 |
| **DRUE BERGERON, WARDEN, SOUTH LOUISIANA CORRECTIONAL CENTER** | SECTION: "F" (1) |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Edward J. Bourgeois** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 23rd day of DEC., 2009.

UNITED STATES DISTRICT JUDGE